UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

1199 SEIU UNITED HEALTHCARE
WORKERS EAST,

      Plaintiff,

v.

AMBOY CARE CENTER, INC.

      Defendant.

---

No. 2:11-cv-3318 (CCC- JAD)

**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

**THIS MATTER**, having been brought before the Court by Plaintiff 1199 SEIU United Healthcare Workers East, for an Order granting Plaintiff's motion for a default judgment [ECF Docket Entry No. 7], and the Court having considered Plaintiff's Complaint and the moving papers; and the Court having noted that defendant Amboy Care Center, Inc. has defaulted in this action, and for good cause shown;

IT IS on this 1st day of March, 2012,

**ORDERED** that Plaintiff's motion for default judgment [ECF Docket Entry No. 7] is hereby **GRANTED**; and it is further

**ORDERED** that Arbitrator Robert T. Snyder's Opinion and Award dated July 22, 2010 *(In the Matter of the Arbitration Between Amboy Care Center, Inc. (Employer) and SEIU 1199, New Jersey Health Care Union (Union))* is confirmed and enforced in its entirety; and it is further

**ORDERED** that Arbitrator Robert T. Snyder's Supplemental Opinion and Award dated March 10, 2011 *(In the Matter of the Arbitration Between Amboy Care Center, Inc. (Employer) and SEIU 1199, New Jersey Health Care Union (Union))* is confirmed and enforced in its entirety; and it is further

**ORDERED** that defendant Amboy Care Center, Inc. shall pay: (A) Natalie Hoggard the sum of $15,071.36, plus prejudgment interest in the amount of $311.48, for a total of $15,382.84, and Plaintiff shall have execution thereon; (B) Maria Torres the sum of $9,473.84, plus prejudgment interest in the amount of $196.09, for a total of $9,669.93, and Plaintiff shall have execution thereon; (C) Diana Rivera the sum of $3,915.30, plus prejudgment interest in the amount of $81.20, for a total of $3,996.50, and Plaintiff shall have execution thereon; (D) the SEIU Pension Fund the sum of $2,286.36, plus prejudgment interest in the amount of $47.69, for a total of $2,334.05, and Plaintiff shall have execution thereon; (E) the SEIU New Jersey Alliance Fund the sum of $933.62, plus prejudgment interest in the amount of $18.85, for a total of $952.47, and Plaintiff shall have execution thereon; (F) the SEIU New Jersey Training Fund the sum of $513.39, plus prejudgment interest in the amount of $11.18, for a total of $524.57, and Plaintiff shall have execution thereon; and (G) 1199 SEIU United Healthcare Workers East (Plaintiff) the sum of $257.90, plus prejudgment interest in the amount of $5.61, for a total of $263.51, and Plaintiff shall have execution thereon; and it is further

**ORDERED** that defendant Amboy Care Center, Inc. shall pay 1199 SEIU United Healthcare Workers East (Plaintiff) an award of costs in the amount of $350, and Plaintiff shall have execution thereon.

**HON. CLAIRE C. CECCHI, U.S.D.J.**